```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JARRETT R. JENKINS,

                        Plaintiff,

            - against -

AMERICAN FINANCIAL SERVICES, INC.,
D/b/a GM FINANCIAL,

                        Defendant.
-----------------------------------------------------------------X
```

FILED
CLERK

4:34 pm, Feb 14, 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**JUDGMENT**
CV 14-5687 (SJF)(AKT)

An Opinion and Order of The Honorable Sandra J. Feuerstein, United States District Judge, having been filed on February 14, 2017, granting in part and denying in part Defendant's motion for summary judgment; granting Defendant's motion insofar as Defendant is entitled to judgment as a matter of law with respect to Plaintiff's claims arising under the Fair Debt Collection Practices Act ("FDCPA") and the Fair Credit Reporting Act ("FCRA"); denying Defendant's motion to the extent that Defendant seeks an award of attorneys' fees and costs; and directing the Clerk of the Court to enter judgment in favor of Defendant and to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Jarrett R, Jenkins take nothing of Defendant American Financial Services, Inc.; that Defendant's motion for summary judgment is granted in part and denied in part; that Defendant's motion is granted insofar as Defendant is entitled to judgment as a matter of law with respect to Plaintiff's claims arising under the FDCPA and the FCRA; that Defendant's motion is denied to the extent that Defendant seeks an award of attorneys' fees and costs; and that this case is hereby closed.

Dated: Central Islip, New York
       February 14, 2017

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                                BY:     /s/ JAMES J. TORITTO
                                        DEPUTY CLERK