UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X   Case No. 2:14-cv-05687-SJF-AKT
Jarrett R. Jenkins,

               Plaintiff,

    -against-

AmeriCredit Financial Services Inc.,
d/b/a GM Financial

               Defendant,
--------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Jarrett R. Jenkins, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the ruling of this Court, Doc. 41 granting Defendant's Motion for Summary Judgment entered in this action on the 14th day of February, 2017.

Respectfully submitted,

*[signature]*
Jarrett R. Jenkins, Plaintiff
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

FILED
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ MAR 06 2017 ★
LONG ISLAND OFFICE

RECEIVED
MAR 0 6 2017
EDNY PRO SE OFFICE

# CERTIFICATE OF SERVICE

March 6, 2017

Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

I hereby certify under the penalty of perjury that I served a copy of the "Notice of Appeal" dated March 6, 2017 in reference to 2:14-cv-05687-SJF-AKT on Staci Ramis-Nigro, who is one of the Attorney of record for the Defendant AmeriCredit Financial Services Inc., by mailing it via USPS First Class Mail to Simmons Jannace DeLuca, LLP, 43 Corporate Drive, Hauppauge, NY 11788-2048 (7015 3010 0001 4001 8797). I also emailed a copy to her at snigro@sjdfirm.com

Jarrett R. Jenkins, Plaintiff