UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JARRETT R. JENKINS,

        Plaintiff-Appellant-Cross-Appellee,

-against-

AMERICREDIT FINANCIAL SERVICES, INC.,
doing business as GM FINANCIAL,

        Defendant-Appellee-Cross-Appellant.
------------------------------------------------------------------X

Civil Action No.:
14-cv-05687 (SJF) (AKT)

**NOTICE OF CROSS APPEAL**

Feuerstein, J.
Tomlinson, M.J.

**PLEASE TAKE NOTICE**, that defendant-appellee-cross-appellant, AMERICREDIT FINANCIAL SERVICES, INC., doing business as GM FINANCIAL ("AmeriCredit"), hereby cross-appeals to the United States Court of Appeals, Second Circuit, from the Judgment entered February 14, 2017, granting in part and denying in part AmeriCredit's motion for summary judgment pursuant to Fed. R. Civ. P. 56.

Dated: Hauppauge, New York
       March 13, 2017

                        Respectfully yours,

                        **SIMMONS JANNACE DELUCA, LLP**
                        *Attorneys for Defendant-Appellee-Cross-Appellant*
                        Americredit Financial Services, Inc.,
                        d/b/a GM Financial

                        By: s/Steven D. Jannace
                            Steven D. Jannace, Esq. (sj-9811)
                            **Office & P.O. Address:**
                            43 Corporate Drive
                            Hauppauge, New York 11788
                            Tel. (631) 873-4888
                            Fax (631) 873-4889

TO:   Jarrett R. Jenkins, pro se
        334 Locust Street, Apt-1
        West Hempstead, NY 11552-3044
        (516) 841-3132